# Chalifoux v. Sanders.

Appeal from the Circuit Court of Jefferson.

Tried before the Hon. James J. Banks.

Ward & John, for appellant.

Kerr & Haley and W. F. Dickinson, contra.

This action was brought by the appellee against the appellants to recover an amount alleged to be due for work and labor performed and material furnished in the erection of a building under a contract with the defendant, and to enforce a mechanic's and material-man's lien on the property, under the provisions of the act entitled "An act to provide liens for mechanic and material-men, and to repeal sections 3018, 3022, 3025, 3026, 3028, 3041 of the Code, and section 3027 as amended by the acts of 1888–89," which act was approved February 12, 1891, and appears in the Pamphlet Acts of 1890–91, pp. 578-580. There was judgment for plaintiff, and defendants appeal.

The judgment is reversed and the cause remanded, on the authority of Randolph v. Builders & Painters Supply Co., ante, p. 501.

Opinion by Coleman, J.